IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

and

RENEE JONES, DEANNA
YARBROUGH, K.B., MINOR CHILD,
and K.Y., MINOR CHILD

    v.                                      No. 1:18-cv-01249-JDB-jay

CHAD DAVID ABLES,
d/b/a POPS COVE,

    Defendant.

___

ORDER ADOPTING REPORT AND RECOMMENDATION
___

Before the Court is the January 6, 2020, report and recommendation of Magistrate Judge Jon A. York, recommending that this Court dismiss Jones's claims without prejudice and deny Ables's request for attorney's fees and costs. (Docket Entry 65.) To the extent that Jones's response/counter-motion included a request for leave for her attorneys to withdraw, Judge York recommended that such a request should be denied. No objections to the magistrate judge's report and recommendation have been filed, and the time for such objections has expired. Therefore, upon review of the record and the magistrate judge's report and recommendation, the Court ADOPTS Judge York's report and recommendation.

    IT IS SO ORDERED this 27th day of January 2020.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE