UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Eastern Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
**Before Judge J. Daniel Breen, United States District Judge**

**August 19, 2022**

RE:   1:18-1249-JDB-jay
      U. S. Department of Justice and Ms. DeAnna Yarbrough vs.
      Chad David Ables

**Dear Sir/Madam:**

**A TELEPHONE CONFERENCE** has been **SET** before **Judge J. Daniel Breen** for **THURSDAY, NOVEMBER 17, 2022,** at **3:00 P.M. (CST).**

Parties shall dial chamber's telephonic conference service number at: (888) 684-8852. The Access Code is 4345116.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY: s/ Evelyn Cheairs
      Case Manager to Judge J. Daniel Breen
      731-421-9207