UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE EASTERN
DIVISION

---

UNITED STATES OF AMERICA,                       JUDGMENT IN A CIVIL CASE

      Plaintiff,

And

DEANNA YARBROUGH, K.B., MINOR
CHILD, AND K.Y. MINOR CHILD,

      Plaintiff-Intervenors,

v.

                  CASE NO: 1:18-cv-01249-JDB-jay
CHAD DAVID ABLES, D/B/A POPS
COVE,

      Defendant.

---

JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS SO ORDERED AND ADJUDGED in accordance with the jury verdict rendered on December 9, 2022, judgment is hereby entered in favor of the Plaintiff, United States of America, and Plaintiff-Intervenors, Deanna Yarbrough, K.B., Minor Child, and K.Y., Minor Child, and against the Defendant, Chad David Ables, D/B/A Pops Cove. The Jury awarded the following individuals compensatory and punitive damages:

-Bethany Baggett -compensatory damages in the amount of $7,500.00 and punitive damages in the amount of $10,000.00,
-Cassandra Patterson – compensatory damages in the amount of $5,000.00 and punitive damages in the amount of $10,000.00,
-Stephanie S. – compensatory damages in the amount of $3,000.00 and punitive damages in the amount of $10,000.00,
-Shelia Teague – compensatory damages in the amount of $2,500.00 and punitive damages in the amount of $10,000.00,
-Mahkia Serrano – compensatory damages in the amount of $500.00 and punitive damages in the amount of $500.00,
-DeAnna Yarbrough – compensatory damages in the amount of $1,500.00 and punitive damages in the amount of $10,000.00.

APPROVED:

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

 DATE:12/12/2022

THOMAS M. GOULD
Clerk of Court

 s/Blair Moore
(By)        Deputy Clerk